### LUPINO REALTY CO. v. SHOLDAR.

Court of Appeals of Kentucky.

May 29, 1953.

Raymond L. Sales, Louisville, for movant.

Ollie James Cohen, Louisville, opposed.

PER CURIAM.

Motion for an appeal (made pursuant to KRS 21.060(2) by the Lupino Realty Company from a judgment entered upon a jury's finding that Mrs. Carolyn R. Sholdar signed the note sued on, in the amount of $250 as surety for her husband. KRS 404.010(2).

We have carefully examined the record and have considered the briefs of counsel and find no error.

Judgment affirmed.